No. 00–328.  KIRKLAND v. BAKER-HUGHES OILFIELD OPERA-
TIONS, INC., DBA CENTRILIFT.  C. A. 10th Cir.  Certiorari denied.

No. 00–330.  COX v. SUSAN E. LOGGANS & ASSOCIATES, LTD.,
ET AL.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 00–331.  HOFHERR v. VISTA IRRIGATION DISTRICT ET AL.
C. A. 9th Cir.  Certiorari denied.

No. 00–333.  HUTCHINSON ET AL. v. PFEIL ET AL.  C. A. 10th
Cir.  Certiorari denied.

No. 00–335.  HAINZE v. RICHARDS ET AL.  C. A. 5th Cir.  Cer-
tiorari denied.

No. 00–337.  HISE ET AL. v. PHILIP MORRIS, INC., ET AL.
C. A. 10th Cir.  Certiorari denied.

No. 00–338.  SABAY ET AL. v. GOVERNOR AND COMPANY OF
THE BANK OF SCOTLAND.  C. A. 5th Cir.  Certiorari denied.

No. 00–341.  DUNN ET UX. v. MASSACHUSETTS EXECUTIVE
OFFICE OF ENVIRONMENTAL AFFAIRS.  App. Ct. Mass.  Certio-
rari denied.

No. 00–343.  ANNENBERG, AS SOLE TRUSTEE OF THE TRUST
UNDER WILL OF ANNENBERG, ET AL. v. BOARD OF COMMISSION-
ERS OF MONTGOMERY COUNTY, PENNSYLVANIA, ET AL.  Sup. Ct.
Pa.  Certiorari denied.

No. 00–344.  FINANCIAL SERVICES MARKETING CORP. v.
WORDPERFECT CORP. ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 00–358.  KALLEMBACH v. ANCHOR BANK ET AL.  C. A. 8th
Cir.  Certiorari denied.

No. 00–364.  STEPANSKY v. FLORIDA.  Sup. Ct. Fla.  Certio-
rari denied.